UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD POBURSKY,<br><br>          Petitioner,<br><br>  vs.<br><br>DOUGLAS PAPAGNI,<br><br>          Respondent.<br>_____/ | 1:10-cv-00326-LJO-YNP [DLB] (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

    IT IS SO ORDERED.

    Dated:  **April 1, 2010**                   **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE