UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD POBURSKY,<br><br>           Petitioner,<br><br>    v.<br><br>DOUGLAS PAPAGNI,<br><br>           Respondent.<br>_____ / | 1:10-cv-00326-LJO-MJS (HC)<br><br>ORDER DISMISSING MOTION FOR PEREMPTORY CHALLENGE AS MOOT<br><br>[Doc. 7] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 24, 2010 Petitioner filed a motion for peremptory challenge to recuse Magistrate Judge Dennis L. Beck from presiding over the instant petition. (Mot., ECF No. 7.)

On April 16, 2010, the matter was reassigned to Magistrate Judge Michael J. Seng for all further proceedings. (Order, ECF No. 10.) As Magistrate Judge Beck is no longer assigned to the matter, the instant motion is hereby DISMISSED as MOOT.

IT IS SO ORDERED.

Dated:   September 7, 2010            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

1