UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD POBURSKY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DOUGLAS PAPAGNI,<br><br>　　　　　Respondent.<br>　　　　　　　　　　　　　　　　／ | 1:10-cv-00326-LJO-MJS (HC)<br><br>ORDER REGARDING MOTION FOR RECONSIDERATION OF MOTION TO COMPEL<br><br>[Doc. 24] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 25, 2011, Petitioner filed a motion to to reconsider the denial of the motion to compel Respondent to serve copies of the state appellate record on Petitioner.

　　　　The records Petitioner requests are publically available from the relevant California Courts. However, in an abundance of caution, the Court ORDERS Respondent to serve Petitioner with a copy of the state records on Petitioner within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:　　March 30, 2012　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1